**James Edward LOWE, III,
Plaintiff—Appellant,**

v.

* Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388, 91 S.Ct.

Doctor SHAH, Medical Officer; Doctor Guzman, Medical Officer; Doctor Allen, Clinical Director; Pa/Mlp Yirga, Physician Assistant; Pa/Mlp Hilletework, Physician Assistant; Pa/Mlp Osorio, Physician Assistant; Doctor Bhuller, Defendants—Appellees,

and

James M. Brooks, Warden; Harley Lappin, Regional Director Mid–Atlantic Region; Kathleen Hawk–Sawyer, Director, Defendants,

v.

United States of America,
Party in Interest.

No. 05–6531.

United States Court of Appeals,
Fourth Circuit.

Submitted June 23, 2005.

Decided July 1, 2005.

James Edward Lowe, III, Appellant pro se. Dennis Carl Barghaan, Jr., Assistant United States Attorney, Alexandria, Virginia, for Appellees.

Before WIDENER, MICHAEL, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c)

PER CURIAM.

James Edward Lowe, III, appeals the district court's order denying relief on his *Bivens* * complaint. We have reviewed

1999, 29 L.Ed.2d 619 (1971).

the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lowe v. Shah*, No. CA–03–1423–1 (E.D.Va. Mar. 4, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*